# United States District Court
## Violation Notice

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| | F5399961 | Milroy, Adam | 6855 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/12/2022 1151

Offense Charged ☒CFR ☐USC ☐State Code: 36 CFR 261.10 f

Place of Offense: Causey

Offense Description: Factual Basis for Charge    HAZMAT ☐

Parking in violation of no parking signs

### DEFENDANT INFORMATION

Last Name: Miller
First Name: Jett

Tag No.: 682 9CS
State: UT
Year: 20
Make/Model: FORD/PK
PASS ☐
Color: BLU

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 100    Forfeiture Amount
+ $30    Processing Fee

PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ 130    Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date (mm/dd/yyyy):

Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

Defendant Signature

Original - CVB Copy

*F5399961*    FS-5300-4 (1/2021)

Previous edition is obsolete

---

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle;
CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident

CVB SCAN 07/20/2022 17:1